IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY SHANE SCOTT                                                                    PLAINTIFF
ADC #117014

V.                              NO.  5:06CV00172 GH/JWC

TERRI ALLEN, et al                                                                     DEFENDANTS

## ORDER

On November 3, 2006, Plaintiff filed a motion to voluntarily dismiss party Defendants Larry Norris and Minnie L. Drayer from this case (docket entry #18).  There are no objections; therefore, the Court finds that no reason exists to deny Plaintiff's request.  The motion (docket entry #18) is hereby GRANTED.  The Clerk of the Court is directed to note the termination of Larry Norris and Minnie L. Drayer as parties to this matter.

This case will proceed only against Defendant Allen at this time.

IT IS SO ORDERED this 9th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE