IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY SHANE SCOTT
ADC #117014 PLAINTIFF

V. NO. 5:06cv00172 JLH

TERRI ALLEN, et al DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendant's motion for summary judgment (docket entry #46) is hereby granted, thereby dismissing Plaintiff's case in its entirety. Any pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.

IT IS SO ORDERED this 11th day of February, 2008.

J. Leon Holmes
UNITED STATES DISTRICT JUDGE